UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | | |
|---|---|---|
| Employers Insurance Company of Wausau, *et al.*, | : | |
| | : | Civil Action No. 5:22-cv-306 |
| v. | : | Judge John Preston Bailey |
| KHK Group, Ltd, *et al.*, | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come all parties, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

*/s/ William M. Harter*
William M. Harter (W.Va. Bar No. 7977)
Elise N. McQuain (W. Va Bar No. 12253)
Frost Brown Todd LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
614-464-1211 / 614-464-1737 (Fax)
wharter@fbtlaw.com
emcquain@fbtlaw.com
*Attorneys for Plaintiffs*

*/s/ Kristen L. Moritz (email consent – WMH)*
Kristen L. Moritz (W. Va Bar No. 10923)
Gest Moritz, LLC
14 East Main Street
Carnegie, PA 15106
412-429-9100 / 412-774-2110 (Fax)
kmoritz@gesklaw.com
*Attorney for Defendant KHK Group, Ltd.*

*/s/ Jeffrey D. Van Volkenburg (email consent - WMH)*
Jeffrey D. Van Volkenburg (W. Va. Bar No. 10227)
Varner & Van Volkenburg, PLLC
360 Washington Avenue
Clarksburg, WV 26301
304-918-2840 / 304-362-0124 (Fax)
*Attorneys for Defendant KHK Construction Services, LLC*

*/s/ Daniel L. McCune (email consent – WMH)*
Donald J. Tennant, Jr. (W. Va. Bar No. 3718)
Tennant Law Offices
38 Fifteenth Street, Suite 100
Wheeling, WV 26003
304-230-3200
don@tennantlaw.com

Daniel L. McCune (W. Va Bar No. 5202)
Rokisky, McCune, Wilharm & Blair, PLLC
3200 Main Street
Weirton, WV 26062
304-748-3200 / 304-748-3233 (Fax)
dmccune@rokiskylaw.com
*Attorneys for Defendant Haley L. Rothenbuhler*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

| | | |
|---|---|---|
| Employers Insurance Company of Wausau, *et al.*, | : | |
| | : | Civil Action No. 5:22-cv-306 |
| v. | : | Judge John Preston Bailey |
| KHK Group, Ltd, *et al.*, | : | |
| | : | |

## CERTIFICATE OF SERVICE

On this 8th day of July, 2024, a true and accurate copy of the foregoing was filed with the Court and served via ECF on all counsel of record.

>                                 */s/ William M. Harter*
>                                 William M. Harter (W.Va. Bar No. 7977)

0000T69.0757549   4871-3069-1019v1