IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**
and **LIBERTY INSURANCE CORPORATION,**

        Plaintiffs,

v.                              **CIVIL ACTION NO. 5:22-CV-306**
                                      Judge Bailey

**KHK GROUP, LTD., KHK CONSTRUCTION
SERVICES, LLC,** and **HALEY L. ROTHENBUHLER,**
as Fiduciary and Personal Representative of the Estate
of Robert E. Rothenbuhler,

        Defendants.

### ORDER DISMISSING CASE

On July 8, 2024, the parties filed a Stipulation of Dismissal with Prejudice [Doc. 42], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Upon consideration, this Court hereby **DISMISSES WITH PREJUDICE** the above-styled action from the active docket of this Court. Therefore, it is **ORDERED** that this civil action be retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

1

**DATED**: July 8, 2024.

_____<br>
**JOHN PRESTON BAILEY**<br>
**UNITED STATES DISTRICT JUDGE**